# APPENDIX

1) Exhibit "A"-Email from Victor Johnson to David Moragas dated January 21, 2013.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U. S. RISK INSURANCE GROUP, INC. | * | CIVIL ACTION NO.: 11-2843-M |
| | * | c/w 11-255-M |
| VERSUS | * | JURY TRIAL DEMANDED |
| UNITED STATES RISK MANAGEMENT, L.L.C. | * | |

\* \* \* \* \* \* \* \*

## AFFIDAVIT OF JOSEPH L. MIRA

**THE STATE OF TEXAS** §
§
**COUNTY OF DALLAS** §

BEFORE ME, the undersigned authority, on this day personally appeared JOSEPH L. MIRA, who being by me duly sworn, deposed and stated as follows:

1. "My name is Joseph L. Mira. I am over eighteen (18) years of age, have never been convicted of a felony or a crime involving moral turpitude. I am fully competent, qualified and capable of making this affidavit. I have personal knowledge of all the facts recited herein, and those facts are true and correct.

2. I am an attorney and shareholder of the law firm of FORD, NASSEN & BALDWIN, PC. I am an attorney of record for Defendant United States Risk Management, LLC ("USRM") in the above entitled lawsuit ("Lawsuit") and am familiar with the documents produced in this case.

3. The document attached hereto and produced as Exhibit A in USRM's Response, Objection and Memorandum in Opposition to Plaintiff's Motion to Compel Financial Data of C. Jim Romig is true and correct copy of document that was produced by the parties, in response to discovery requests served upon them in this Lawsuit.

Dated August 8, 2014

_____
JOSEPH L. MIRA

**SUBSCRIBED AND SWORN** before me, the undersigned authority, on this 7th day of August, 2014 to certify which witness my hand and seal of office.

[Notary Seal: VAUNIE STEWART, MY COMMISSION EXPIRES July 30, 2017]

_____
Notary Public in and for the State of Texas
My commission expires:

**From:** Victor Johnson [mailto:Vjohnson@ylawgroup.com]
**Sent:** Thursday, January 31, 2013 1:55 PM
**To:** David Moragas
**Cc:** Larry Canada
**Subject:** QuickBook reports

Here is how you create the reports:

**General Ledger**
Go to the Reports menu, click Accountant & Taxes, and then click General Ledger. You will need to select the dates. We would request reports for 2009, 2010, 2011, and 2012

**Profit & Loss/Income Statement**
Go to the Reports menu, click Company & Financial, and then click Profit & Loss Detail. You will need to select the dates. We would request reports for 2009, 2010, 2011, and 2012. If your client wants to shows these by month, they can select the date by months.

**Balance Sheet**
Go to the Reports menu, click Company & Financial, and then click Balance Sheet Detail. You will need to select the dates. We would request reports for 2009, 2010, 2011, and 2012.

**Statement of cash flows report**
Go to the Reports menu, click Company & Financial, and then click Statement of Cash Flows. You will need to select the dates. We would request reports for 2009, 2010, 2011, and 2012.

**Tax Returns/Accountant reports**
A copy of tax returns for 2009-2011 and copies of all reports provided to the accountant to prepare the tax returns. Also, if any reports have been prepared and sent to the account for 2012, copies of those as well.

**Wages and Salaries**
On the report you shared with us at the mediation, you will recall Wages & Salaries were accounted for 2x (once under Cost of Goods and again under Expenses). We would like an explanation of this.

If we don't settle, we will want a copy of the Quickbook/Peachtree data files and version number for our damage expert.

**Victor C. Johnson**
Principal
Yarbrough Law Group PC
Direct: 214.855.0048
Main: 214.855.0044
Fax: 214-580-9281
Vjohnson@ylawgroup.com
# http://yarbroughlawgroup.com

2305 Cedar Springs Road, Suite 230
Dallas, TX 75201




EXHIBIT "A"